UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| AARON LEE SPARKS, | ) | |
| | ) | |
| Petitioner, | ) | No. CV 11-7334 JHN (AJW) |
| | ) | |
| v. | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| FRANK CHAVEZ, WARDEN, | ) | RECOMMENDATION OF |
| | ) | MAGISTRATE JUDGE |
| Respondent. | ) | |
| ——————————————— | ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de_ _novo_ determination of the portions to which objections were directed.

DATED: November 14, 2011

_____
Jacqueline H. Nguyen
United States District Judge