UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AARON LEE SPARKS, | ) |
| | ) |
| Petitioner, | ) Case No. CV 11-7334-JHN(AJW) |
| | ) |
| v. | ) |
| | ) |
| FRANK CHAVEZ, Warden, | ) JUDGMENT |
| | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: November 14, 2011

_____
Jacqueline H. Nguyen
United States District Judge